Robert W. Ottinger (SBN 156825)
Melanie L. Proctor (SBN 228971)
**THE OTTINGER FIRM, P.C.**
2108 N Street, Suite N
Sacramento, CA 95816
robert@ottingerlaw.com
melanie@ottingerlaw.com
Tel: 415-262-0096
Fax: 212-571-0505

*Attorneys for Plaintiff*

SARAH ROBERTSON (SBN 142439)
srobertson@constangy.com
Deepa Kollipara (SBN 337455)
dkollipara@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA  94111
Telephone:     415.918.3000

Attorneys for Defendants
GEOVERA HOLDINGS, INC. AND GEOVERA INVESTMENT GROUP, LTD.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK MENON, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>GEOVERA HOLDINGS, INC., a Delaware corporation, GEOVERA INVESTMENT GROUP, LTD., a Cayman Islands Exempt Company, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:24-CV-01819-TLN-SCR<br><br>**JOINT STIPULATION TO EXTEND FACT DISCOVERY; ORDER** |

1   This action was removed to this Court on June 28, 2024, and Plaintiff amended his
2   complaint. Defendants answered the first amended complaint on August 14, 2024. Because
3   fewer than all parties filed a consent to magistrate form by the deadline to do so, on December
4   23, 2024, the case was reassigned to District Judge Troy L. Nunley. Dkt. 15. Pursuant to the
5   January 29, 2025, case management order, discovery closes on August 14, 2025, one year after
6   Defendant answered the First Amended Complaint. Dkt. 23.

7   However, discovery did not commence until January 13, 2025, when the parties
8   convened for their Rule 26 conference. Fed. R. Civ. P. 26(d)(1). Since that time, the parties have
9   engaged in mediation efforts and made efforts to timely complete fact discovery. However,
10  additional time is needed to fully explore the claims and defenses in the case. Accordingly, to
11  allow for completion of fact discovery, the parties request the Court to extend fact discovery by
12  90 days, trailing all other dates as set forth below:

| Event | Date |
| --- | --- |
| Fact Discovery Cut-Off | November 14, 2025 |
| Expert Disclosures | January 13, 2026 |
| Supplemental Expert Disclosures | February 12, 2026 |
| Supplemental Disclosures and Responses | April 13, 2026 |
| Dispositive Motions | May 13, 2026 |

Dated: July 31, 2025                                                      Respectfully submitted,

CONSTANGY, BROOKS,                                              OTTINGER FIRM, P.C.
SMITH & PROPHETE LLP

/s/ Sarah E. Robertson                                               /s/ Melanie L. Proctor[1]
Attorneys for Defendants                                            Attorneys for Plaintiff

---

[1] I hereby attest that I obtained the concurrence of all signatories whose signatures are represented by a conformed /s/ signature in the filing of this document.

**ORDER**

IT IS SO ORDERED. Fact discovery is hereby extended to November 14, 2025. All other dates are modified as set forth below.

| | |
|---|---|
| Fact Discovery Cut-Off | November 14, 2025 |
| Expert Disclosures | January 13, 2026 |
| Supplemental Expert Disclosures | February 12, 2026 |
| Supplemental Disclosures and Responses | April 13, 2026 |
| Dispositive Motions | May 13, 2026 |

Dated: August 1, 2025

_____
Troy L. Nunley
Chief United States District Judge