1  Robert W. Ottinger (SBN 156825)
   Melanie L. Proctor (SBN 228971)
2  **THE OTTINGER FIRM, P.C.**
   2108 N Street, Suite N
3  Sacramento, CA 95816
   robert@ottingerlaw.com
4  melanie@ottingerlaw.com
   Tel: 415-262-0096
5  Fax: 212-571-0505

6  *Attorneys for Plaintiff*

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DEEPAK MENON, an individual, | Case No.: 2:24-CV-01819-TLN-SCR |
| Plaintiff, | **JOINT STIPULATION TO EXTEND EXPERT DISCOVERY** |
| vs. | |
| GEOVERA HOLDINGS, INC., a Delaware corporation, GEOVERA INVESTMENT GROUP, LTD., a Cayman Islands Exempt Company, and DOES 1 through 50, inclusive, | |
| Defendants. | |

   This action was removed to this Court on June 28, 2024, and Plaintiff amended his complaint. Defendants answered the first amended complaint on August 14, 2024. Because fewer than all parties filed a consent to magistrate form by the deadline to do so, on December 23, 2024, the case was reassigned to District Judge Troy L. Nunley. Dkt. 15. Pursuant to the January 29, 2025, case management order, discovery closes on August 14, 2025, one year after Defendant answered the First Amended Complaint. Dkt. 23.

   However, discovery did not commence until January 13, 2025, when the parties convened for their Rule 26 conference. Fed. R. Civ. P. 26(d)(1). Since that time, the parties have

engaged in mediation efforts and made efforts to timely complete fact discovery. The parties requested and received one 90-day extension on discovery deadlines. The expert disclosures are currently due January 13, 2026; however, one of Plaintiff's experts has conflicting deadlines. The parties now request a 30-day extension on expert discovery, trailing all other dates as set forth below:

| Event | Date |
|---|---|
| Expert Disclosures | February 13, 2026 |
| Supplemental Expert Disclosures | March 12, 2026 |
| Supplemental Disclosures and Responses | May 13, 2026 |
| Dispositive Motions | June 15, 2026 |

Dated: November 5, 2025                                                                 Respectfully submitted,

CONSTANGY, BROOKS,                                          OTTINGER FIRM, P.C.
SMITH & PROPHETE LLP

/s/Sarah Robertson                                                      /s/ Melanie L. Proctor[1]
Attorneys for Defendants                                            Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED. Expert discovery is hereby extended to February 13, 2026. All other dates shall trail accordingly, as set forth in the Case Management Order dated January 29, 2025 (Docket 23).

Dated: November 5, 2025

_____
Troy L. Nunley
Chief United States District Judge

---

[1] I hereby attest that I obtained the concurrence of all signatories whose signatures are represented by a conformed /s/ signature in the filing of this document.